UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. FRANKOVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAL FED BANK,<br><br>　　　　Defendant. | Case No. 24-cv-03544-KAW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Thomas E. Frankovich filed the instant suit against Defendants Cal Fed Bank (Dkt. No. 1.) Pursuant to General Order 56 and the parties' October 18, 2024 stipulation, the joint site inspection deadline was November 18, 2024, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection. (*See* Dkt. No. 17.) Thus, Plaintiff's "Notice of Need for Mediation" was due by December 30, 2024.

As of the date of this order, Plaintiff has yet to file his "Notice of Need for Mediation." Plaintiff is therefore ordered to show cause by **February 11, 2025**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

IT IS SO ORDERED.

Dated: February 4, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge