**CRIS C. VAUGHAN** (SBN 99568)
VAUGHAN & ASSOCIATES LAW OFFICE, APC
371 Nevada Street, #5338
Auburn, CA 95603
**Mailing Address:**
P.O. Box 5338
Auburn, CA 95604
Telephone: (833) 481-1245
cvaughan@adasolutionsgroup.com

Attorney for Plaintiff, Thomas E. Frankovich

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS E. FRANKOVICH**, | Case No. 4:24-cv-03544-KAW |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AFTER SETTLEMENT** |
| **CAL FED BANK**, | |
| Defendant. | |

IT IS HEREBY NOTICED by the Plaintiff, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1), that Plaintiffs hereby dismisses with prejudice all Defendants and the present action in its entirety.  The Parties to this action have settled this case in its entirety.  Pursuant to FRCP and Ninth Circuit Court authority, Plaintiffs Notice of Voluntary Dismissal is effective immediately and does not require an Order from the court.

Dated: August 21, 2025          VAUGHAN & ASSOCIATES LAW OFFICE, APC

By: _/s/ Cris C. Vaughan_____
CRIS C. VAUGHAN
Attorney for Plaintiff